**So Ordered.**



_Frederick P. Corbit_
**Frederick P. Corbit
Bankruptcy Judge**

**Dated: February 14th, 2014**

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | DC Case No. CV-11-365-RMP |
| LLS AMERICA, LLC, | Case No. 09-06194-FPC11 |
| Debtor. | |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, | Adversary No. 11-80294-FPC11 |
| Plaintiff, | REPORT AND RECOMMENDATION RE: DEFAULT JUDGMENT AGAINST DEFENDANT REBECCA PIATT |
| vs. | |
| PHYLLIS BLEA, et al., | |
| Defendants. | |

The Honorable Frederick P. Corbit, sitting in the United States Bankruptcy Court for the Eastern District of Washington, hereby files this Report and Recommendation regarding plaintiff's Motion for Entry of Default Judgment Against Defendant Rebecca Piatt (ECF No. 371) filed with the bankruptcy court in this adversary proceeding.

This Report and Recommendation is made pursuant to the Honorable Rosanna Malouf Peterson's Order Granting Joinder and Withdraw of Reference and Referring Back to Bankruptcy Court for Further Proceedings entered on April 25, 2012 (ECF No. 28) in district court case number CV-11-365-RMP.

The recommendation is that plaintiff's Motion for Entry of Default Judgment Against Defendant Rebecca Piatt (ECF No. 371) be granted and the attached Default Judgment be entered in this adversary proceeding. The basis for this recommendation is that an Order of Default Against Defendant Rebecca Piatt was entered in the bankruptcy court on December 20, 2013 (ECF No. 365).

///END OF REPORT AND RECOMMENDATION///

Shelley N. Ripley, WSBA No. 28901
Daniel J. Gibbons, WSBA No. 33036
WITHERSPOON • KELLEY
422 W. Riverside, Suite 1100
Spokane, WA 99201
Telephone: (509) 624-5265; Facsimile: (509) 458-2717
Attorneys to Bruce P. Kriegman, Chapter 11 Trustee

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | US District Case No. 11-CV-365-RMP |
| LLS AMERICA, LLC, | Bankruptcy No. 09-06194-FPC11 |
| Debtor. | |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America LLC, | Adversary No. 11-80294<br><br>DEFAULT JUDGMENT |
| Plaintiff, | |
| v. | |
| PHYLLIS BLEA, et al., | |
| Defendants. | |

## JUDGMENT SUMMARY

1. Judgment Creditor:  Bruce P. Kriegman, Liquidating Trustee for LLS America, LLC, as consolidated

2. Attorneys for Judgment Creditor:  Witherspoon Kelley

DEFAULT JUDGMENT- 1

{S0853330; 1 }

WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728

11-80294-FPC   Doc 376   Filed 02/14/14   Entered 02/14/14 11:32:36   Pg 3 of 6

| | | |
|---|---|---|
| 3. | Judgment Debtor: | Rebecca Piatt |
| 4. | Attorneys for Judgment Debtors: | Pro Se |
| 5. | Judgment Amount (Principal): | $ 19,350.35 USD |
| 6. | Interest Rate on Judgment: | .11% (28 USC § 1961) |

The United States Bankruptcy Court for the Eastern District of Washington having previously entered an Order of Default against Defendant Rebecca Piatt (Adv. Doc. No. 365), and having reviewed the previously filed Memorandum of Authorities (Adv. Doc. No.359), and the Affidavits of Curtis Frye and Shelley Ripley in Support of Plaintiff's Motion for Default Judgment filed herewith, and being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have a judgment against the Defendant Rebecca Piatt as follows:

1. Monetary Judgment in the amount of $19,100.35 USD, pursuant to 11 U.S.C. § 550 and RCW 19.40.071;

2. Transfers in the amount of $19,100.35 USD made to Defendant Rebecca Piatt within four years prior to the Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve the same, pursuant

DEFAULT JUDGMENT- 2

{S0853330; 1 }

WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

11-80294-FPC    Doc 376    Filed 02/14/14    Entered 02/14/14 11:32:36    Pg 4 of 6

to 11 U.S.C. §§ 544, 550, 551 and 548(a) and (b) and RCW 19.40.041(1) and (2) and RCW 19.40.071;

3. All said transfers to Defendant Rebecca Piatt are hereby set aside and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendant Rebecca Piatt for the benefit of the estate of LLS America, pursuant to 11 U.S.C. §§ 544, 550 and 551;

4. All proofs of claim of the Defendant which have been filed or brought or which may hereafter be filed or brought by, on behalf of, or for the benefit of Defendant Rebecca Piatt or her affiliated entities, against the Debtor's estate, in this bankruptcy or related bankruptcy proceedings, are hereby disallowed and subordinated to the monetary judgment granted herein and Defendant Rebecca Piatt shall not be entitled to collect on her proof of claim (Claim No. 481) until the monetary judgment is satisfied by Defendant Rebecca Piatt in full, pursuant to 11 U.S.C. §§ 502(d), 510(c)(1) and 105(a);

5. A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and

Plaintiff is hereby awarded costs (i.e. filing fee) in the amount of $250.00 USD, for a total judgment of $19,350.35 USD, which shall bear interest equal to

DEFAULT JUDGMENT- 3

{S0853330; 1 }

**WK WITHERSPOON·KELLEY**
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728

11-80294-FPC   Doc 376   Filed 02/14/14   Entered 02/14/14 11:32:36   Pg 5 of 6

the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

Entered this ___ day of _____, 2014.

_____
Honorable Rosanna Malouf Peterson

*Presented by:*

WITHERSPOON · KELLEY

 *s/ Shelley N. Ripley*
Shelley N. Ripley, WSBA No. 28901
Daniel J. Gibbons, WSBA No. 33036
Attorneys for Plaintiff

DEFAULT JUDGMENT- 4

{S0853330; 1 }



WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300        Fax: 509.458.2728